IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>WARD, JIMMIE ALLEN<br>WARD, CHERYL ANN<br><br>　　　　Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-71965 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES <u>STEPHEN G. BALSLEY</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on <u>08/20/07</u>. The Trustee was appointed on 08/20/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of August 28, 2008 is as follows:

    a.  RECEIPTS (See Exhibit C)               $_____5,002.32

    b.  DISBURSEMENTS (See Exhibit C)          $_____0.00

    c.  NET CASH available for distribution    $_____5,002.32

    d.  TRUSTEE/PROFESSIONAL COSTS

|  |  |  |
|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ 1,250.23 |
| 2. | Trustee Expenses (See Exhibit F) | $ 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ 1,081.00 |

    c.    Illinois Income Tax for Estate (See Exhibit G)    $ 0.00

5.    The Bar Date for filing unsecured claims expired on.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|  |  |  |
|---|---|---|
| a. | Allowed unpaid secured claims | $ 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ 2,331.23 |
| c. | Allowed Chapter 11 Administrative Claims | $ 0.00 |
| d. | Allowed priority claims | $ 0.00 |
| e. | Allowed unsecured claims | $ 52,297.85 |
| f. | Surplus return to debtor | $ 0.00 |

7.    Trustee proposes that unsecured creditors receive a distribution of 5.11% of allowed claims.

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,081.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,081.00.

9.    A fee of $2,600.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   August 28, 2008            /s/Stephen G. Balsley
                                   STEPHEN G. BALSLEY
                                   6833 STALTER DRIVE
                                   ROCKFORD, IL 61108
                                   (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
WARD, JIMMIE ALLEN
WARD, CHERYL ANN

CASE NO. 07-71965 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,331.23 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 2,671.09 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 5,002.32 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,331.23 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,250.23 | 1,250.23 |
| | Stephen G. Balsley, Attorney for Trustee | 1,081.00 | 1,081.00 |
| | TOTAL | $ | 2,331.23 |

d. $2,671.09 for general unsecured creditors who have filed claims allowed in the total amount of $52,297.85, yielding a dividend of 5.11%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $52,297.85 | 5.11% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank | 13,040.14 | 666.02 |
| 2 | Discover Bank | 7,957.97 | 406.45 |
| 3 | Chase Bank USA | 13,029.34 | 665.47 |
| 4 | Capital Recovery One | 3,636.14 | 185.71 |
| 5 | LVNV Funding, LLC/Citibank | 3,000.50 | 153.25 |
| 6 | HSBC Bank/Direct Merchants Credit Card Bank, N.A. | 9,592.67 | 489.94 |
| 7 | eCAST Settlment Corporation/Household Bank (Menards) | 2,041.09 | 104.25 |
| | TOTAL | $ | 2,671.09 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   August 28, 2008            /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,250.23 | $ 1,250.23 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 1,081.00 | $ 1,081.00 |
| **TOTALS** | $ 0.00 | $ 2,331.23 | $ 2,331.23 |

## EXHIBIT A

## TASKS PERFORMED

## JIMMIE A. WARD AND CHERYL A. WARD
## CHAPTER 7 BANKRUPTCY CASE NO. 07-71965

The only asset in this case was a claim to recover a preferential transfer pursuant Section 547 of the United States Bankruptcy Code against the Debtors' daughter. The Debtors entered into an agreement with the Trustee to repay the preference to the bankruptcy estate in installment payments. The compromise was approved by the Court on November 19, 2007. The Trustee has completed the collection of the claim pursuant to the Order.

The Trustee has reviewed the Proofs of Claim filed in the case and has found no basis for objection. The Trustee has determined that no income tax return for the bankruptcy estate is required.

SGB:vcg

EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-71965 MB  
Case Name: WARD, JIMMIE ALLEN  
　　　　　　　WARD, CHERYL ANN  
Period Ending: 08/27/08

Trustee: (330410)　STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 08/20/07 (f)  
§341(a) Meeting Date: 09/20/07  
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | NCM -1259 Mark Court, Woodstock, Illinois | 188,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings account - First Eagle Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Harris Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, compact discs, tapes, records | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance (W) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance (H) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension (H) | 8,803.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Chevy Impala | 5,920.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1998 Dodge Dakota | 2,765.00 | 0.00 | DA | 0.00 | FA |
| 13 | Family pets | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Preferential payment to Kristina Johnson (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.32 | Unknown |
| 15 | Assets　Totals　(Excluding unknown values) | $213,288.00 | $5,000.00 | | $5,002.32 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 07-71965 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | WARD, JIMMIE ALLEN | Filed (f) or Converted (c): | 08/20/07 (f) |
|  | WARD, CHERYL ANN | §341(a) Meeting Date: | 09/20/07 |
| Period Ending: | 08/27/08 | Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 30, 2008          **Current Projected Date Of Final Report (TFR):**   August 28, 2008  (Actual)



EXHIBIT C

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 07-71965 MB
Case Name: WARD, JIMMIE ALLEN
WARD, CHERYL ANN
Taxpayer ID #: 13-7580545
Period Ending: 08/27/08

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****65-65 - Money Market Account
Blanket Bond: $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/07 | {14} | Jimmie A. Ward and Cheryl A. Ward | Payment towards preference | 1241-000 | 225.00 | | 225.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.01 | | 225.01 |
| 11/19/07 | {14} | Jimmie A. Ward | Payment towards preference | 1241-000 | 225.00 | | 450.01 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.15 | | 450.16 |
| 12/17/07 | {14} | Jimmie A. Ward | Payment towards preference | 1241-000 | 225.00 | | 675.16 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.27 | | 675.43 |
| 01/17/08 | {14} | Jimmie A. Ward and Cheryl A. Ward | Payment for preference | 1241-000 | 225.00 | | 900.43 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.33 | | 900.76 |
| 02/18/08 | {14} | Jimmie A. Ward & Cheryl A. Ward | Payment for prefence | 1241-000 | 225.00 | | 1,125.76 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.20 | | 1,125.96 |
| 03/14/08 | {14} | Jimmie Ward and Cheryl Ward | Payment for preference | 1241-000 | 225.00 | | 1,350.96 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.22 | | 1,351.18 |
| 04/16/08 | {14} | Jimmie A. Ward and Cheryl A. Ward | Payment towards preference | 1241-000 | 225.00 | | 1,576.18 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.20 | | 1,576.38 |
| 05/21/08 | {14} | Jimmie and Cheryl Ward | Payment for preference | 1241-000 | 225.00 | | 1,801.38 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.20 | | 1,801.58 |
| 06/16/08 | {14} | Jimmie and Cheryl Ward | Payment for preference | 1241-000 | 225.00 | | 2,026.58 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 2,026.82 |
| 07/17/08 | {14} | Jimmie A. Ward and Cheryl A. Ward | Payment for prefenence | 1241-000 | 225.00 | | 2,251.82 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,252.08 |
| 08/25/08 | {14} | Jimmie A. Ward and Cheryl A. Ward | Payment for preference | 1241-000 | 2,750.00 | | 5,002.08 |
| 08/27/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.24 | | 5,002.32 |
| 08/27/08 | | To Account #********6566 | Transfer funds from MMA to checking | 9999-000 | | 5,002.32 | 0.00 |

Subtotals :  $5,002.32   $5,002.32

{} Asset reference(s)

Printed: 08/27/2008 03:05 PM   V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-71965 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | WARD, JIMMIE ALLEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WARD, CHERYL ANN | | Account: | ***-*****65-65 - Money Market Account |
| Taxpayer ID #: | 13-7580545 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/27/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,002.32 | 5,002.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,002.32 | |
| | | | **Subtotal** | | 5,002.32 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,002.32** | **$0.00** | |

{} Asset reference(s)

Printed: 08/27/2008 03:05 PM   V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-71965 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | WARD, JIMMIE ALLEN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | WARD, CHERYL ANN | Account: | ***-*****65-66 - Checking Account |
| Taxpayer ID #: | 13-7580545 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/27/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/27/08 |  | From Account #********6565 | Transfer funds from MMA to checking | 9999-000 | 5,002.32 |  | 5,002.32 |
|  |  |  | **ACCOUNT TOTALS** |  | 5,002.32 | 0.00 | **$5,002.32** |
|  |  |  | Less: Bank Transfers |  | 5,002.32 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$0.00** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****65-65 | 5,002.32 | 0.00 | 0.00 |
| Checking # ***-*****65-66 | 0.00 | 0.00 | 5,002.32 |
|  | **$5,002.32** | **$0.00** | **$5,002.32** |

{} Asset reference(s)

Printed: 08/27/2008 03:05 PM   V.10.54