Case Name: WARD, JIMMIE ALLEN
               WARD, CHERYL ANN
Case No:    07-71965

# **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 4, 2008          WILLIAM T. NEARY
                                               United States Trustee, Region 11

                                BY:   */s/ Carole J. Ryczek*
                                             CAROLE J. RYCZEK
                                           Attorney for the U.S. Trustee