IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
WARD, JIMMIE ALLEN
WARD, CHERYL ANN

CASE NO. 07-71965 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-3180; XXX-XX-8902

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

   on:   October 6, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,250.23 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,081.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                               $         5,002.32
   b. Disbursements                          $             0.00
   c. Net Cash Available for Distribution    $         5,002.32

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,671.09, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $52,297.85, resulting in an approximate distribution of 5.11% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    August 28, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: cbachman              Page 1 of 1              Date Rcvd: Sep 05, 2008
Case: 07-71965                  Form ID: pdf002             Total Served: 24

The following entities were served by first class mail on Sep 07, 2008.
db         +Jimmie Allen Ward,    1259 Mark Court,    Woodstock, IL 60098-4140
jdb        +Cheryl Ann Ward,    1259 Mark Court,    Woodstock, IL 60098-4140
aty        +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11558273   +Bank of America,    Attn: Bankruptcy Dept.,    PO Box 15026,   Wilmington, DE 19850-5026
11558282   +Capital One,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
11558283   +Chase,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
11558275   +Chase,    Attn: Bankruptcy Dept.,    225 Chastain Meadows Cour,    Barrett Parkway, GA 30144-5841
11691671    Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11558278   +Direct Merchants/HSBC,    Attn: Bankruptcy Dept.,    PO Box 21550,    Tulsa, OK 74121-1550
11558272   +GMAC,    Attn: Bankruptcy Dept.,    PO Box 3100,    Midland, TX 79702-3100
11804637    HSBC Bank NA/Direct Merchants Credit Card,    Bank NA by eCAST Settlement Corporation,
             as its agent,    POB 35480,    Newark NJ 07193-5480
11558280   +Home Depot,    Attn: Bankruptcy Dept.,    PO Box 689100,    Des Moines, IA 50368-9100
11558277   +JC Penney,    Attn: Bankruptcy Dept.,    PO Box 981425,    El Paso, TX 79998-1425
11558279   +Menards,    Attn: Bankruptcy Dept.,    PO Box 15521,    Wilmington, DE 19850-5521
11558271   +National City Mortgage,    Attn: Bankruptcy Dept.,    PO Box 1820,    Dayton, OH 45401-1820
11806293   +eCAST Settlement Corporation,    Assignee of Household Bank (Menards),    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11895503   +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Sep 06, 2008.
12391779   +E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2008 03:11:24     Capital Recovery One,
             25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
11558276    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2008 03:46:08     Discover Financial,
             Attn: Bankruptcy Dept.,    PO Box 30943,    Salt Lake City, UT 84130
11648504    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2008 03:46:08
             Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11786688    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12389348    E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2008 03:11:18
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11739830   +E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2008 03:11:24
             Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY REWARDS MASTERCARD,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11558274*   +Bank of America,    Attn: Bankruptcy Dept.,    PO Box 15026,    Wilmington, DE 19850-5026
11558281*   +Bank of America,    Attn: Bankruptcy Dept.,    PO Box 15026,    Wilmington, DE 19850-5026
11558284*  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Financial,    Attn: Bankruptcy Dept.,    PO Box 30943,
             Salt Lake City, UT 84130)
                                                                                             TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 07, 2008**              **Signature:** _Joseph Speetjens_